STEVE BROWN & ASSOCIATES, LLC
1414 EAST INDIAN SCHOOL ROAD, SUITE 200
PHOENIX, ARIZONA 85014
(602) 264-9224

Steven J. Brown (#010792) sbrown@sjbrownlaw.com
Steven D. Nemecek (#015219) snemecek@sjbrownlaw.com
Attorneys for Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 7 |
| KEO SERIPHAYRATH, a/k/a JAKE SERIPHAYRATH and LAMPHONE SERIPHAYRATH,<br><br>Debtors. | Case No. 2:09-bk-22937-GBN<br><br>**TRUSTEE'S APPLICATION TO EMPLOY ATTORNEYS; DECLARATION OF STEVEN J. BROWN IN SUPPORT** |

TO: The Honorable George B. Nielsen, Jr., United States Bankruptcy Judge

The Trustee respectfully alleges:

1. Applicant is the duly qualified and appointed Chapter 7 Trustee in this case.

2. To perform his duties as Trustee, your applicant requires the services of attorneys for the following purposes:

    a. To advise and consult with him concerning questions arising in the conduct of the administration of the estate and concerning his rights and remedies with regard to the estate's assets and the claims of secured, preferred, and unsecured creditors, and other parties in interest;

    b. To appear for, prosecute, defend, and represent his interests in actions arising

in or related to this case;

  c. To investigate and prosecute preference and other actions arising under the Trustee's avoiding powers;

  d. To assist in the preparation of such pleadings, motions, notices, and orders as are required for the orderly administration and/or liquidation of the estate.

 3. For the foregoing and all other necessary and proper purposes, Trustee desires to retain Steven J. Brown of the law firm of Steve Brown & Associates, LLC as counsel for the Trustee.

 4. Because Steven J. Brown specializes in bankruptcy corporate reorganization and debtor/creditor matters, and because of his expertise in those fields, Trustee believes that said law firm and attorney are well qualified to render the foregoing services.

 5. Based upon the Declaration attached hereto, Trustee believes that Mr. Brown, assisted by other members and associates of his law firm, do not hold or represent any interest adverse to that of the Trustee or the debtors or the estate and that said law firm is a disinterested person within the meaning of 11 U.S.C. § 101. Trustee is informed that the normal hourly billing rates of "Members" is $285.00 per hour, "Associates" is $160.00 - $240.00, "Of Counsel and Contract Attorneys" is $230.00 per hour and "Salaried and Contract Legal Assistants is $95.00 per hour to $105.00 per hour. It is contemplated that said attorneys will seek compensation based upon normal and usual hourly billing rates. Applicant is informed and believes that the hourly rates of Mr. Brown and Steve Brown & Associates, LLC are reasonable in light of the current hourly rate charged by other attorneys in the bankruptcy area. It is further contemplated that said attorneys will seek interim compensation during the case as permitted by 11 U.S.C. § 331.

-2-

Case 2:09-bk-22937-GBN Doc 30 Filed 02/01/10 Entered 02/01/10 11:03:05 Desc
Main Document  Page 2 of 5

6. The Court has the power to authorize employment of Steven J. Brown pursuant to 11 U.S.C. § 327(a) which states in pertinent part:

> [T]he trustee, with the court's approval, may employ one or more . . . attorneys . . . or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title.

WHEREFORE, Trustee prays that he be authorized to employ Steven J. Brown of Steve Brown & Associates, LLC as his attorney to render services in the areas described above with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow upon application or applications to be filed by said attorneys.

DATED this 1st day of February, 2010.

By /s/ Constantino Flores
Constantino Flores
Post Office Box 511
Phoenix, AZ 85001-0511
Trustee

COPY of the foregoing mailed the
1st day of February, 2010, to:

Office of the U.S. Trustee
230 North First Ave., Suite 204
Phoenix, AZ 85003-1706

By Gina Ortega

# DECLARATION OF STEVEN J. BROWN

I, STEVEN J. BROWN, declare:

1. I am an attorney duly admitted to practice before all courts of the State of Arizona, as well as this Court, the U.S. District Court for the Western District of Texas and the Court of Appeals for the Ninth and Fifth Circuits.

2. I am the managing member of Steve Brown & Associates, LLC, the law firm that the Trustee is seeking to employ generally by the Application to which this Declaration is attached. All of the attorneys of this law firm are similarly duly admitted to practice in this state and before this Court.

3. I have extensive experience in bankruptcy, insolvency corporate reorganization, and debtor/creditor law. I am a certified expert in Arizona in business bankruptcies. The firm is well qualified to represent the Trustee generally herein, and is willing to accept employment on the basis set forth in the annexed Application.

4. The law firm of Steve Brown & Associates, LLC, its members and its associates, do not hold any interest adverse to the above-entitled estate and said law firm is a disinterested person as defined in 11 U.S.C. § 101.

5. Neither the firm nor any of its members has a pre-petition or other claim against the estate.

6. Neither the firm nor any of its members has any connection with the debtor. We have not represented in the past, and we do not plan to represent in the future, any related debtor or principals.

7. We have not received a retainer from the debtor, the estate, a principal of the debtor or a third party.

–4–
Case 2:09-bk-22937-GBN    Doc 30    Filed 02/01/10    Entered 02/01/10 11:03:05    Desc
Main Document    Page 4 of 5

8. We do not have any interests adverse to the Trustee, the estate or the debtor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of February, 2010, at Phoenix, Arizona.

                                            /s/   Steven J. Brown